**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **SHARON WOODARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:20cv03767** |
| **LIBERTY LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

COMES NOW Defendant Liberty Life Assurance Company of Boston ("Defendant"), by and through its undersigned counsel of record and reserving all affirmative defenses, files this Unopposed Motion for Extension of Time to answer or otherwise plead and in support thereof would show unto the Court as follows:

1. On or about November 4, 2020, Plaintiff, Sharon Woodard ("Plaintiff"), filed a Complaint in the above-referenced action.

2. Defendant was served on November 11, 2020 and must file its responsive pleadings to Plaintiff's Complaint by December 2, 2020.

3. To allow sufficient time to obtain and review the necessary documentation to respond to the Complaint, Defendant respectfully requests an extension until December 16, 2020, to file a responsive pleading to the Complaint. Plaintiff's counsel has no objection to said extension.

WHEREFORE, PREMISES CONSIDERED, Defendant, Liberty Life Assurance Company of Boston, respectfully requests this Honorable Court to grant this Unopposed Motion

for Extension of Time and allow Defendant, Liberty Life Assurance Company of Boston, to file a responsive pleading to Plaintiff's Complaint by no later than December 16, 2020.

Dated this 30th day of November 2020.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Marc S. Whitehead
Email: marc@marcwhitehead.com

Britney Anne Heath McDonald
Email: britney@marcwhitehead.com

J. Anthony Vessel
Email: anthony@marcwhitehead.com

Madison Tate Donaldson
Email: madison@marcwhitehead.com

November 30, 2020 — /s/ Iwana Rademaekers
Date — Iwana Rademaekers