United States District Court
Southern District of Texas
**ENTERED**
December 01, 2020
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **SHARON WOODARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:20cv03767** |
| **LIBERTY LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME**

On this day, the Court considered Defendant's Unopposed Motion for Extension of Time to answer or otherwise plead to Plaintiff's Original Complaint. Having considered the Motion, and after review of Plaintiff's Original Complaint, and the applicable law, the Court is of the opinion that Defendant's Motion should be **GRANTED** and Defendant has until and including December 16, 2020, to respond to Plaintiff's Complaint in the above-styled action. It is, therefore,

**ORDERED** that Defendant's Unopposed Motion for Extension of Time is hereby **GRANTED**.

**SIGNED** this 1st day of December, 2020.

UNITED STATES DISTRICT JUDGE