United States District Court
Southern District of Texas
**ENTERED**
January 07, 2021
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **Sharon Woodard,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. H-20-3767** |
| | § | |
| **Liberty Life Insurance Company of Boston,** | § | |
| **Defendant.** | § | |

**ORDER**

In accordance with the Joint Stipulation of Dismissal with Prejudice filed on January 6, 2021 (docket entry no. 10), this action is hereby **DISMISSED** with prejudice.

**SIGNED** at Houston, Texas, on this 7th day of January, 2021.

SIM LAKE
UNITED STATES DISTRICT JUDGE